IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AMBER JACOBS**                                                                                    **PLAINTIFF**

v.                                           Case No. 4:24-cv-00396-LPR

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**                                               **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 14) and the Plaintiff's Objections (Doc. 17). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.[1]

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and Judgment will be entered for the Commissioner in this case.[2]

DATED this 29th day of August 2025.

                                                                                   _____
                                                                                   LEE P. RUDOFSKY
                                                                                   UNITED STATES DISTRICT JUDGE

---

[1] The Court finds merit in Plaintiff's objection that "[t]he fact that Plaintiff got pregnant and gave birth does not justify discounting her obesity and should not be included in this list [of physical activities Plaintiff could perform] as a reason to deny this claim." Pl.'s Objections (Doc. 17) at 2. Even excluding the pregnancy and birth, however, the RD's analysis and conclusion remain supported by the other record evidence discussed in the RD.

[2] The Court has made technical edits with respect to the disposition of the case.